CRESTON-COLORADO CO. v. ANDERSON. (Circuit Court of Appeals, Second Circuit. March 20, 1917.) No. 74. In Error to the District Court of the United States for the Southern District of New York. Greene, Hurd & Stowell, of New York City, for plaintiff in error. H. Snowden Marshall, U. S. Atty., of New York City (John E. Walker, Sp. Asst. U. S. Atty., of New York City), for defendant in error. Before COXE, WARD, and HOUGH, Circuit Judges.

PER CURIAM. Judgment affirmed in open court.

---

DONALD McNEIL CO. v. TAYLOR. (Circuit Court of Appeals, Third Circuit. April 11, 1917.) No. 2185. In Error to the District Court of the United States for the Middle District of Pennsylvania; Chas. B. Witmer, Judge. Arthur H. Hull, of Harrisburg, Pa., and Thos. D. McCloskey and Kinnear, McCloskey & Best, all of Pittsburg, Pa., for plaintiff in error. J. P. Carpenter, of Sunbury, Pa., N. B. Spangler, of Bellefonte, Pa., and F. A. Witmer, of Sunbury, Pa., for defendant in error. Before BUFFINGTON, McPHERSON, and WOOLLEY, Circuit Judges.

PER CURIAM. The judgment is affirmed. Three-fourths of the costs in this court to be paid by the plaintiff in error, and one-fourth of the costs by the defendant in error.